# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**EFRAIM MONTALVO,**

   *Plaintiff,*

v.                                                 Case No.: 5:23cv331-MW/MJF

**LACKY, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 51. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 51, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for failure to comply with court orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on November 6, 2025.**

                                                     *s/Mark E. Walker*
                                                     **United States District Judge**